UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 12-cr-00283-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. DANIEL IVAN ASHBY,

Defendant.

---

**ORDER**

---

This matter is before the Court upon a review of the file. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Thursday, August 23, 2012**, and responses to these motions shall be filed by **Tuesday, September 4, 2012.** It is

FURTHER ORDERED that a 5-day jury trial is set to commence on **Monday, September 17, 2012, at 9:00 a.m. in courtroom A-1002.** Finally, it is

ORDERED that the parties shall promptly notify the Court if a hearing on motions and/or final trial preparation conference needs to be set.

Dated: July 13, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF U. S. DISTRICT JUDGE