UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 12-cr-00283-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANIEL IVAN ASHBY,

    Defendant.

## AMENDED ORDER

    Due to a scheduling conflict by the parties with the trial date, it is

    ORDERED that the jury trial set to commence on Monday, September 17, 2012, at 9:00 a.m. is **VACATED** and **RESET** to commence on **Tuesday, September 4, 2012**. The trial is set for four (4) rather than five (5) days. It is

    FURTHER ORDERED that the previous deadlines for the filing of motions and responses thereto are **VACATED**. Pretrial motions shall now be filed by filed by **Monday, August 13, 2012**, and responses to these motions shall be filed by **Friday, August 24, 2012.**

    Dated: July 13, 2012.

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              WILEY Y. DANIEL
                                              CHIEF U. S. DISTRICT JUDGE